1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:    keslie.stewart@usdoj.gov
8
9  Attorneys for Plaintiff

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                            OAKLAND VENUE
14

15
   UNITED STATES OF AMERICA,        )   No.  4-11-70034 MAG
16                                  )
       Plaintiff,                   )   STIPULATED MOTION AND ORDER
17                                  )   CONTINUING PRELIMINARY
   vs.                              )   HEARING OR ARRAIGNMENT DATE
18                                  )   AND WAIVING TIME UNDER SPEEDY
   RICHARD EARL SINGER,             )   TRIAL ACT TO APRIL 28, 2011 at 9:30
19                                  )   a.m.
       Defendants.                  )
20  _____)

21

22      With the agreement of the parties, and with the consent of the defendant, the Court enters

23 this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

24 preliminary hearing date for Defendant Richard Earl Singer to April 28, 2011 at 9:30 a.m. before

25 the Honorable Donna M. Ryu.  Counsel for the defendant believes that postponing the

26 preliminary hearing is in her client's best interest and that it is not in her client's best interest for

27 the United States to present an indictment before the current March 28, 2011 preliminary hearing

28 date.  The parties agree that –  taking into account the public interest in prompt disposition of

   criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Undersigned defense counsel represents that she has spoken with her client, and that Mr. Singer agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: March 25, 2011   /s/
JULIE SALAMON
Attorney for Defendant

DATED: March 25, 2011   /s/
KESLIE STEWART
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 3/28/2011
DONNA M. RYU
United States Magistrate Judge