| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
|   | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | KESLIE STEWART (CABN 184090) |
|   | Assistant United States Attorney |

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile:  (510) 637-3724
E-Mail:    keslie.stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-11-70034 MAG |
| Plaintiff, ) | |
| ) | STIPULATED MOTION AND |
| vs. ) | [PROPOSED] ORDER CONTINUING |
| ) | PRELIMINARY HEARING OR |
| ) | ARRAIGNMENT DATE AND WAIVING |
| RICHARD EARL SINGER, ) | TIME UNDER SPEEDY TRIAL ACT TO |
| ) | May 18, 2011 at 9:30 a.m. |
| Defendants. ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Richard Earl Singer to May 18, 2011, at 9:30 a.m. before the Honorable Donna M. Ryu. Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the current April 28, 2011 preliminary hearing date. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits

1  applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that
2  defense counsel needs time to review discovery and that an exclusion of time under the Speedy
3  Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A)
4  and (B)(iv).  Undersigned defense counsel represents that she has spoken with her client, and that
5  Mr. Singer agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

8  DATED: April 25, 2011            _____/s/_____
                                     JULIE SALAMON
9                                    Attorney for Defendant

11 DATED: April 25, 2011            _____/s/_____
                                     KESLIE STEWART
12                                   Assistant United States Attorney

**IT IS SO ORDERED.**

16 DATED:_ April 26, 2011 ___        _____
                                     ~~DONNA M. RYU~~  LAUREL BEELER
17                                   United States Magistrate Judge